**STATE of Missouri, Respondent,**

v.

**Danny Ray HAYDEN, Appellant.**

**No. 48360.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Jan. 22, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied
March 26, 1985.

Application to Transfer Denied
May 29, 1985.

David E. Woods, Regional Public Defender, Poplar Bluff, for appellant.

Briney Welborn, Prosecuting Atty., Bloomfield, for respondent.

ORDER

PER CURIAM:

Defendant-appellant, Danny Ray Hayden, appeals his jury conviction of attempted incest under § 564.011 RSMo 1978, a class A misdemeanor. The jury assessed punishment at nine months imprisonment in the county jail. This appeal follows but no jurisprudential purpose would be served by a written opinion. Hence the judgment of the trial court is affirmed in accordance with Rule 30.25(b).